# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOR YEE LOR, | CASE NO. 1:10-cv-01880-SKO |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | (Docket No. 12) |
| Defendant. | |

Due to illness in the immediate family of Plaintiff's counsel, the parties have stipulated to an extension of the briefing deadlines. As good cause has been shown for an extension of the deadlines, the Court HEREBY ORDERS THAT:

1. Plaintiff shall file an opening brief on or before August 5, 2011;

2. Defendant shall file an opposition brief on or before September 6, 2011; and

3. Plaintiff may file an optional reply brief on or before September 20, 2011.

IT IS SO ORDERED.

**Dated:   June 7, 2011**            /s/ Sheila K. Oberto
                                 UNITED STATES MAGISTRATE JUDGE