# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHONG YEE LOR, | Case No.: 1:10-cv-01880-SKO |
| Plaintiff, | ORDER DISMISSING CASE |
| vs. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

On August 9, 2011, the parties filed a stipulated request that this matter be dismissed without prejudice, and each party would bearing its own fees, costs, and expenses. (Doc. 14.) Accordingly, this case is DISMISSED without prejudice, and each party will bear its own fees, costs, and expenses.

IT IS SO ORDERED.

Dated: **August 9, 2011**                    /s/ Sheila K. Oberto
                                             UNITED STATES MAGISTRATE JUDGE